AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
OCT - 8 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.
KENNETH ZACHARY WOLFF

*Defendant(s)*

Case No. 2:26mj322

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 8, 2026 in the county of ______ in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2252(a)(4)(B) | Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kristen S. Taylor [signature]

[signature]
*Complainant's signature*

Jason Brumbelow, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/08/2026

[signature]
*Judge's signature*

City and state: Norfolk, VA

Hon. Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*