**REDACTED**

JS 45 (11/2002)

**Criminal Case Cover Sheet** **U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal: Yes ☐ No ☒** | **Judge Assigned:** |
| City: EDVA | Criminal Complaint | **Criminal Number:** |
| County/Parish: | Same Defendant: | **New Defendant: YES** |
| | Magistrate Judge Case Number: 2:26mj | **Arraignment Date:** • |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of ____________ . | |

**Defendant Information:**

**Juvenile: Yes ☐ No ☒** **FBI#**

**Defendant Name:** KENNETH ZACHARY WOLFF **Alias Name(s):**

**Address:**[redacted]**, Virginia Beach, VA 23454**

**Birth Date:**[redacted]/1989 **SS#:** [redacted]-6679 **Sex:** M **Race: CAUCASIAN** **Nationality:** **Place of Birth:** USA

**Height:** **Weight:** **Hair:** **Eyes:** **Scars/Tattoos:** unknown

**Interpreter: Yes ☐ No ☒** **List Language and/or dialect:**

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: in:

| | | |
|---|---|---|
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: ________________ should not be appointed due to conflict of interest |
| | ***No Attorney Conflicts*** |

**U.S. Attorney Information:**

| | | |
|---|---|---|
| (S)AUSA: Kristen S. Taylor | Telephone No. 757-441-6331 | Bar #: PA 326039 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Jason Brumbelow, Homeland Security Investigations (703) 376-4352

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. 2252(a)(4)(B) | Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct | 1 | Felony |