FILED
OCT - 8 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

IN THE MATTER OF THE ISSUANCE OF A CRIMINAL COMPLAINT AND ARREST WARRANT RE:

KENNETH ZACHARY WOLFF

Case No. 2:26-mj-322

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT**

I, Jason E. Brumbelow, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent employed by the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am assigned to the HSI office in Norfolk, Virginia. I have been employed as a Special Agent with HSI since January 2008. I am currently assigned to work on the Hampton Roads Human Trafficking Task Force within the Norfolk, Virginia Division of HSI. My experience includes the investigation of cases involving human trafficking and the use of facilities of interstate and foreign commerce in furtherance of such crimes. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the U.S. Immigration and Customs Enforcement Special Agent Training Program. I have received training in the investigation of criminal violations of federal law within the jurisdiction of HSI, the investigation of child exploitation, and human trafficking. Additionally, I have received training and gained experience in arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance criminal complaint and the issuance of an arrest warrant for the criminal violations described in more detail below.

## STATUTORY AUTHORITY

4. This affidavit is submitted in support of a criminal complaint and arrest warrant charging defendant KENNETH ZACHARY WOLFF ("WOLFF") with a violation of 18 U.S.C. § 2252(a)(4)(B) (Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct).

## LEGAL AUTHORITY

5. 18 U.S.C. 2252(a)(4)(B), makes it a crime to knowingly possess or access with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

**PROBABLE CAUSE**

6. On May 5, 2026, Daniel Stamp ("Stamp") entered the United States at O'Hare International Airport in Chicago, Illinois via an international flight from Madrid, Spain. Officers from the U.S. Customs and Border Protections (CBP) and Homeland Security Investigations (HSI) conducted an inbound border inspection of Stamp. This inspection included Stamp's electronic devices. An HSI Special Agent located suspected Child Sexual Abuse Material (CSAM) during a manual search of Stamp's cellular telephone.

**Interview of Daniel Stamp on May 5, 2026**

7. After locating the suspected CSAM, HSI Special Agents interviewed Stamp at O'Hare International Airport. Prior to questioning Stamp, the agents advised Stamp of his *Miranda* rights. Stamp waived his *Miranda* rights and agreed to speak with the agents without an attorney present. Among other things, Stamp stated the following:

a. Stamp admitted that he was the sole user of the cellular telephone in which the HSI Special Agent located the suspected CSAM.

b. Stamp said he received what he understood to be "child pornography" via the Telegram messaging application. Stamp said he understood that this "child pornography" depicted underage children engaged in explicit sexual activity, and Stamp stated that he viewed the "child pornography" for sexual gratification.

c. Stamp claimed that he was attracted to minor males between the approximate ages of 13 to 17 years old. However, Stamp said he had

viewed images of underage males that he estimated were as young as 8 years old.

d. Stamp told the interviewing agents that he communicated with one individual via Telegram. Stamp referred to this person as "the teacher." Stamp said he thought this individual was a high school teacher. Stamp met "the teacher" while searching for nude images of a cheerleader and social media personality who publicly came out as gay. Stamp said he thought "the teacher" taught high school and lived on the East Coast, possibly in Virginia. Stamp said he and "the teacher" traded teen media. Stamp reported that "the teacher" was also interested in very young ages including infants and babies. Stamp said "the teacher" used the Telegram display name "Bos Wash."

8. After the interview, HSI arrested Stamp for Possession of CSAM, in violation of 18 USC § 2252A(a)(5)(B). On June 1, 2026, a federal grand jury in the Northern District of Illinois indicted Stamp on one count of Transportation of CSAM in violation of 18 USC § 2252A(a)(1) and one count of Possession of CSAM, in violation of 18 USC § 2252A(a)(5)(B).

**Information Received from Telegram and Verizon**

9. During the investigation of Stamp, HSI personnel conducted a forensic download of Stamp's cellular telephone that contained the CSAM found during the May 5, 2026 manual search. A review of this download revealed multiple Telegram messages exchanged between Stamp and a Telegram user with UserID #6538099382 (hereinafter, "the Subject Telegram Account"). Within these message exchanges, the user of the Subject Telegram Account identified himself as a teacher living in Virginia. The messages also showed that Stamp and the user of the

Subject Telegram Account discussed a cheerleader and social media personality, consistent with Stamp's statements during the May 5, 2026 interview.

10. The HSI office at Chicago O'Hare (hereinafter "HSI Chicago") subsequently served Telegram with a grand jury subpoena for records related to the Subject Telegram Account. The return revealed that the display name for the Subject Telegram Account is account "Bos Wash", again, consistent with Stamp's statements during the May 5, 2026 interview. The return also listed 757-xxx-5024 as the telephone number associated with the Subject Telegram account. The area code 757 serves parts of Southeastern Virginia, including Virginia Beach.

11. The Telegram return also included 108.39.110.76 ("the .76 IP") as an Internet Protocol ("IP") address used to access the Subject Telegram Account. Public database searches identified Verizon Wireless as the Internet Service Provider (ISP) that leased the .76 IP. HSI Chicago served Verizon Wireless with a grand jury subpoena requesting records for the Verizon Wireless customer that leased the .76 IP. The return revealed the following subscriber information related to the Verizon account associated with the .76 IP:

**Customer Name**: Kenneth Wolff

**Account Address**: [redacted], VIRGINIA BEACH, VA 23454 (hereinafter, "the Virginia Beach Residence")

**Email Address**: [redacted]@verizon.net

12. Virginia Beach is located in the Eastern District of Virginia.

13. Public database and opens source searches identify Kenneth Zachary WOLFF as a high school teacher and athletic director at a local high school in Virginia Beach, Virginia. A

database of public information lists [redacted]@verizon.net as an email address associated with WOLFF.

**Messages Exchanged Between Stamp and the User of the Subject Telegram Account**

14. A review of the data in Stamp's device revealed multiple Telegram messages exchanged between the user of Stamp's device ("Stamp") and the user of the Subject Telegram Account ("WOLFF"). While these Telegram messages were recovered from Stamp's cellular telephone, government agents were unable to recover the files attached to these messages. The following are excerpts from these message exchanges:

***August 8, 2023***

**WOLFF:** Hey man. My account got banned lol

**WOLFF:** I need your help getting back to groups

STAMP: Ah there you are lol

STAMP: I wondered what happened

**WOLFF:** Yeah. I was dumb and sent something in a group so when it got taken out so did I

STAMP: What group?

**WOLFF:** Hmmm maybe it wasn't the group since it still exists. Dunno. Someone reported my account. Bitches lol

***August 9, 2023***

**WOLFF:** Ready to more irony…. I have a degree in criminal justice

STAMP: Lmao

STAMP: Super irony would be it being like… child psychology

**WOLFF:** Well… lol not child psychology but my primary focus was in juvenile rehabilitation

***August 9, 2023 (later)***

**WOLFF:** Haha yes KT had some good caps. I always enjoyed them because they had build up. He was also a cool dude too

STAMP: Oh you knew him?

STAMP: Does he have a lot of videos?

STAMP: I've seen maybe...4 or 5?

**WOLFF:** I have a decent amount of his caps. Those should be relatively easy to find since they are under his name

**WOLFF:** I talked to him a bunch back on BoysTown.

15. According to multiple open sources, BoysTown was an international CSAM site that operated on the dark web between 2019 and 2021. This site was permanently shut down after an international law enforcement operation.

***August 10, 2023***

STAMP: Some of these arent loading right. Ugh

**WOLFF:** That's a good skin care routine

STAMP: I'd take it. Lol

**WOLFF:** Well my desktop app froze so that could be part of it lol

STAMP: Ohhh that makes sense

STAMP: The two long ones wont load fully.

**WOLFF:** Gotcha. Restarting now. Sometimes it doesn’t like if I send too many at once

**WOLFF:** Of course no matter what I send, your cuming to Brad tonight aren’t you?

16. On 8/11/2023, WOLFF advised Stamp that he (WOLFF) lives in Virginia.

***August 20, 2023***

**WOLFF:** Matt is a little bit younger then us and has gone through the pedo self hate that I think hits us all at some point lol so he had deleted everything he had

STAMP: Ahh

STAMP: How old is he?

**WOLFF**: 30 but didn't get into it until later. He also likes young young which can be a little shock to the system when you are starting out. I had been well into it before I went down that path so I didn't have that issue lol but I did the self hate in my early 20's

STAMP: I started young lol

STAMP: Like…14?

**WOLFF:** CP wise I was probably 14 when I got into it. Once that started looking back it seemed obvious to me that I was a pedo even before that lol

***August 20, 2023 (cont.)***

**WOLFF:** At least no students until next week. A couple to pretend to prepare

STAMP: I thought you liked the students.

STAMP: Lmao

**WOLFF:** not when I'm in work mode. Also it's a whole new group for me. So if I decide to hate them first then I'm pleasantly surprised when I don't

STAMP: I suppose. Lol

**WOLFF:** Shame we don't use the PE showers anymore. I would volunteer to supervise

STAMP: Why not?!

**WOLFF**: Haha not sure why they stopped. They didn't even do it when I was in school so it's been done a while here

***August 24, 2023***

**WOLFF:** Fuck we had our freshman orientation today. So many hot 13/14 year olds

**WOLFF:** A parent wanted to stay and we told them they couldn't because we have security procedures. Our Assistant Principal made the comment of making sure we get pedophiles out… whoops

***August 24, 2023 (later)***

**WOLFF:** Those are good too. Glory days of CP lol

STAMP: Cell phones really changed the game, though. Haha

**WOLFF**: Fair. God bless cellphones and webcams

STAMP: Absolutely

STAMP: Give free phones to all boys. Lol

**WOLFF:** Now there is a Verizon marketing plan that I can get behind

***August 25, 2023***

**WOLFF**: Got to meet my new principal's son tonight. Cute 6th grader

STAMP: Oooh

STAMP: That's fun haha

**WOLFF:** Haha yeah. High energy. Very good build. They were in front of me so I pretty much got to watch him the entire game

STAMP: No pics? Lol

**WOLFF:** Honestly never even thought of it lol should have

***August 25, 2023 (later)***

**WOLFF:** Lets get a good train going with him lol throw in my principals son just for fun

STAMP: Still need to see him.

**WOLFF:** lol if he's at the next game I will try and sneak a pic of him. He is going to wrestle. Would it be weird if I showed up randomly to his middle school wrestling meet?

***September 4, 2023***

**WOLFF:** Most have been from my end. What I send to the group I send to him plus stuff that I skip for the group

**WOLFF:** It goes to Dot too

STAMP: What do you skip? Haha

**WOLFF**: ummm lol younger toddlers and some baby stuff

STAMP: I'm okay with that then lol

***September 4, 2023 (cont.)***

**WOLFF:** God bless high school swim meets

STAMP: Hahahha

**WOLFF:** Unfortunately was standing with people or I would have gotten pictures

STAMP: Laaaaame

STAMP: I was going to reward you.

**WOLFF:** haha there is a blonde freshman I was desperate to get some pics of. Nice compact speedo bulge

**Information Obtained from the Virginia Beach Police Department**

17. During the course of this investigation, HSI Chicago shared information gathered on WOLFF with the Virginia Beach Police Department (VBPD) for further investigation. VBPD confirmed WOLFF's employment with a local high school as the Athletic Director. VBPD further confirmed through a school employee that 757-xxx-3874 is WOLFF's personal cell phone number used by the employee to communicate with WOLFF.

18. The Telegram records that HSI Chicago obtained for the Subject Telegram Account listed 757-xxx-5024 as the telephone number associated with the account. Database searches identified 757-xxx-5024 as a Google Voice number. VBPD served Google with an administrative subpoena requesting subscriber records for Google Voice number 757-xxx-5024 during the time frame covering the conversations referenced above between Stamp and WOLFF. The Google returns listed "Kenneth WOLFF" as the subscriber to this Google Voice number during the relevant time period. The same Google records identified 757-xxx-3874 as the recovery telephone number for the 757-xxx-5024 number associated with the Subject Telegram Account.

19. Google Voice is a cloud-based phone service that provides a subscriber with a virtual phone number. Among other services, Google Voice subscribers can make voice calls,

exchanges text messages, and access voicemail messages through a Google Voice account. Google Voice uses Voice over Internet Protocol (VoIP) technology to send calls over a broadband internet connection or mobile data. The Google Voice service requires an active Google account and an existing U.S. or Canadian phone number to verify a subscriber's identity and set up call forwarding Subscribers can access a Google Voice account from multiple physical telephones and electronic devices.

20. On July 8, 2026, and again on August 6, 2026, law enforcement surveilled the Virginia Beach Residence and observed an individual consistent with photos pulled from WOLFF's social media account exit the Virginia Beach Residence and enter a Hyundai Santa Fe with Virginia license plate number xxx-1067. On each occasion, law enforcement followed the Hyundai Santa Fe with Virginia license plate number xxx-1067 to the local high school where WOLFF is employed. Each time, the same individual parked, exited the vehicle, and entered the high school.

21. According to Virginia Department of Motor Vehicle (DMV) records, the Hyundai Santa Fe with Virgina license plate number xxx-1067 is registered to a "Kenneth Zachary WOLFF." The Virginia DMV records listed the Virginia Beach Residence as WOLFF's address.

22. On August 13, 2026, a magistrate judge in the Eastern District of Virginia's Norfolk Division authorized a search warrant of a Samsung S25 Ultra Cellular Telephone (2:26-sw-135) seized from Stamp. This was the same cellular telephone that Special Agents from HSI Chicago seized from Stamp on May 5, 2026. Search warrant 2:26-sw-135 authorized government agents to reconnect Stamp's cellular device to the internet in an attempt to recover attachments to the Telegram chats between Stamp and WOLFF to determine if these attachments contained

CSAM. However, government agents were unable to successfully recover any files attached to the Telegram messages exchanged between Stamp and WOLFF.

**Interview of WOLFF on October 8, 2026**

23. On October 8, 2026, HSI Special Agents, along with detectives from VBPD executed federal search warrants for WOLFF's residence (2:26-sw-154) and vehicle (2:26-sw-155). To execute the vehicle search warrant, VBPD detectives conducted a traffic stop on WOLFF as he drove away from the Virginia Beach Residence at approximately 7:15 am on October 8, 2026. After WOLFF was stopped, and while law enforcement was executing the federal search warrant on WOLFF's vehicle, WOLFF was advised of his *Miranda* rights, signed a *Miranda* waiver, and among other things, stated the following:

a. WOLFF admitted he was the one in the residence that had accessed child pornography.

b. WOLFF said he primarily accessed child pornography through Telegram site. WOLFF said he would enter Telegram channels in which participants traded child pornography. WOLFF said participants in the channel would post links where other Telegram users could access child pornography. WOLFF said he could not recall the names of these channels where he accessed child pornography. WOLFF stated that he also traded child pornography through direct messages with other Telegram users. WOLFF reported that his current Telegram username is "Dish Wash Bos."

c. WOLFF told the interviewers that he had used Telegram to access child pornography for approximately 3 years. Prior to Telegram, WOLFF said he had gone onto the "Dark Web" to access child pornography. WOLFF used to have a browser that allowed him to access the Dark Web. WOLFF said he could not remember the names of any sites where he accessed child pornography on the Dark Web. Your affiant asked WOLFF if he had ever been on the website called "BoysTown." WOLFF confirmed that he had previously accessed that site.

d. Your affiant asked WOLFF if there was a specific type of child pornography that he preferred. WOLFF said he collected all kinds of child pornography. However, WOLFF said that he preferred boys. WOLFF denied that he had any sexual contact with minors. WOLFF also said he never received self-produced child pornography from a minor.

e. WOLFF said he had a master's degree in criminal justice from a university in Cincinnati. WOLFF stated that his criminal justice program focused on rehabilitation of juveniles.

**Review of a Hard Drive Seized from WOLFF's Residence**

25. During the October 8, 2026 search of the Virginia Beach Residence, law enforcement seized multiple electronic devices. Among other things, law enforcement seized a red Toshiba 4 TB External Hard Drive (hereinafter, "the Subject Hard Drive"). A review of the Subject Hard Drive revealed numerous files depicting CSAM. Below are descriptions of two of these files:

26. Your affiant observed one image with the file name pp (1535).png. This file depicted two nude, prepubescent males. One of the prepubescent males was performing oral sex on the second prepubescent male. Both of the prepubescent males' genitals were visible.

27. Your affiant observed another image with the file name pp (1692).png. This image depicted a female infant lying on her back while someone digitally penetrated her genitals. The infant's genitals were visible. To the left of the infant, the phrase "Strange Wood 4MK" was visible. Additional letters were obscured by the infant's foot. The bottom of this image also contained the phrase "Exclusive for Magic Kingdom Producers Paradise."

28. Toshiba hard drives are manufactured outside of the United States, and outside of the Commonwealth of Virginia.

## CONCLUSION

29. Based on the information and evidence set forth above, I respectfully submit there is probable cause to establish that KENNETH ZACHARY WOLFF committed the following offenses:

**COUNT ONE**: On or about October 8, 2026, within the Eastern District of Virginia, KENNETH ZACHARY WOLFF, knowingly possessed one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

30. Accordingly, I request that a complaint be issued charging KENNETH ZACHARY WOLFF with such an offense.

FURTHER, AFFIANT SAYETH NOT.

______________________________
Jason Brumbelow
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on this 8th day of October 2026, in the City of Norfolk, Virginia.