AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

RECEIVED
UNITED STATES MARSHAL
2026 OCT -9 A 8: 49
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

United States of America
v.
KENNETH ZACHARY WOLFF

Defendant

Case No. 2:26-mj 322

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KENNETH ZACHARY WOLFF, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct.

Date: 10/08/2026

[signature] Robert J. Krask
*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. KRASK, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 10/8/26, and the person was arrested on *(date)* 10/9/26 at *(city and state)* Virginia Beach, VA.

Date: 10/9/26

[signature]
*Arresting officer's signature*

Jason Brambelow SA/HSI
*Printed name and title*